**Jason Vogelpohl, Esq. #252407**
**Aaron B. Lipton, Esq. #267329**
**Central Coast Bankruptcy, Inc.**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

CARDONA, Saul R.

CARDONA, Maria E.

      Debtor(s)

_____/

Case No. 13-5-3082 CN
Chapter 11

**STIPULATION REGARDING VALUATION AND REPAYMENT OF DEBT RE: REAL PROPERTY**

<u>**SUBJECT PROPERTY**</u>
**A.P.N. 109-232-013**
**Walnut Avenue, Greenfield, CA 93927**

    This Stipulation Regarding Valuation and Repayment of Debt re: Real Property ("Stipulation") is entered into by and between Walnut Avenue Investors, LLC, a California Limited Liability Company, and Roger Borzini, CPA ("Creditor"), in pro per, and Saul R. and Maria E. Cardona ("Debtors"), by and through their attorney of record, Jason Vogelpohl.

    The property which is the subject of this matter is formerly known as 40052 Walnut Avenue, Greenfield, California, 93927, currently known as "Walnut Avenue, Greenfield, California, 93927, and identified by A.P.N. 109-232-016 (hereinafter "Subject Property").

    On or about August 24, 2009, Debtors, for valuable consideration, made, executed and delivered to Fenton and Keller, a California Professional Corporation ("Lender") a Note in the principal sum of $310,000.00 (the "Note").

//

//

On August 24, 2009, Debtors made, executed and delivered to Lender a Revised and Reinstated Deed of Trust (the "Deed of Trust") granting Lender a security interest in the Subject Property.

Lender's beneficial interest under the Deed of Trust was thereafter transferred to Walnut Avenue Investors, LLC, a California Limited Liability Company; a single member LLC, on or about June 5, 2012 pursuant to an Assignment of Revised and Restated Multiple Advance Promissory Notice. On or about March 15, 2013 Lender transferred their interest in the Note pursuant to an Assignment of Membership Interest to Borzini Accounting & Consulting, LLP, the Creditor herein.

On June 5, 2013, Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the Northern District of California, San Jose Division and was assigned Bankruptcy Case Number 13-5-3082 CN.

On September 23, 2013, Creditor filed its Proof of Claim reflecting a secured claim in the amount of $349,785.75 (Claim No. 9-1), with the full Note due and owing.

**THE PARTIES STIPULATE AS FOLLOWS:**

1. As of August 1, 2013, the current fair market value of the Subject Property is $235,000.00;

2. Debtors shall repay Creditor the current fair market value of the Subject Property ($235,000.00) at 6% interest, amortized over 40 years, with monthly payments of principal and interest of $1,293.00 due by 1st of each month, late if received after the 15th the month, with a balloon payment for the remaining balance and accrued interest 7 years from date of this Stipulation.

3. The first payment due under this agreement is due September 1, 2013.

//

4. Creditor waives its right to make an 11 U.S.C. Section 1111(b) election so that its claim is treated fully secured, so long as Debtors adhere to this Stipulation.

5. In the event the Debtors' case is dismissed or converted to any other Chapter under Title 11 of the United States Bankruptcy Code, this valuation shall have no further force or effect.

6. Entry of this Stipulation shall be deemed an affirmative vote for Debtors' Chapter 11 Combined Chapter 11 Plan and Disclosure Statement.

7. The Parties agree that this Stipulation represents the complete agreement of the Parties hereto on the matters referred to herein. This Stipulation shall not be amended, modified or supplemented without the prior written consent of the Parties hereto and the approval of the Court. Upon the Court's approval, this Stipulation immediately shall be binding upon and shall inure to the benefit of the Parties and all of their respective representatives, agents, affiliates, successors and assigns, including, without limitation, any trustee which may be appointed in this case under this chapter or upon the conversion to any other chapter of the Bankruptcy Code, or in any superseding bankruptcy proceedings.

//

//

8. This Stipulation is the product of negotiation among the Parties hereto and represents the joint, conceived, bargained for and agreed upon language mutually determined by the parties to express their intentions in entering into this Stipulation. Any ambiguity or uncertainty herein shall be deemed to be caused by, or attributable to, all Parties collectively. In any action to enforce or interpret this Stipulation, it shall be construed in a neutral manner and no term or condition herein shall be construed more or less favorably to any one party or groups of Parties. Each Party will act in good faith in the performance of its obligations hereunder.

9. Each Party represents and warrants that, in entering into this Stipulation, it has relied upon the advice of its own attorneys and/or other representatives, that the terms of this Stipulation have been read completely and explained to it by its attorneys or other representatives and that the terms of this Stipulation are fully understood and voluntarily accepted by it. Each Party further acknowledges that: (1) no representation or promise not expressly contained in this Stipulation has been made by any Party to any other Party or to their agents, participants, employees, representatives or attorneys, and (2) this Stipulation has not been entered into on the basis of any such promise or representation, express or implied, other than as set forth in this Stipulation.

10. The Parties each consent to entry of an order approving this Stipulation.

//

//

11. This Stipulation may be executed in any number of counterparts and by different Parties on separate counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, when taken together shall constitute but one and the same agreement. The Parties anticipate executing this Stipulation in counterparts to separate locations, delivering a copy of the executed counterpart signature pages hereof to each other by facsimile, and subsequently delivering to each other originals of the executed signature pages.

12. This Stipulation shall be governed under the laws of California and the United States. In the event of any dispute arising hereunder, the Court having jurisdiction over the bankruptcy case herein shall have jurisdiction over the dispute.

Dated: November 1, 2013        /s/ Saul R. Cardona
                               SAUL R. CARDONA
                               Debtor in Possession

Dated: November 1, 2013        /s/ Maria E. Cardona
                               MARIA E. CARDONA
                               Debtor in Possession

Dated: October 17, 2013        /s/ Jason Vogelpohl #252407
                               JASON VOGELPOHL, ESQ.
                               Attorney for Debtor(s)

Dated: October 9, 2013         /s/ Roger Borzini, CPA
                               ROGER BORZINI, CPA
                               Creditor in Pro-Per